IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JOHN P. FONSECA | § | |
| VS. | § | CIVIL ACTION NO. 9:19-CV-180 |
| POLK COUNTY, TEXAS | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, John P. Fonseca, proceeding *pro se*, originally filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendant Polk County in the 258th District Court of Polk County, Texas. Defendant Polk County filed a Notice of Removal on October 4, 2019.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends denying plaintiff's Motion for Entry of Default Judgment (docket entry no. 11).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.

So ORDERED and SIGNED May 12, 2020.

Ron Clark
Senior Judge

---

[1] The CMRR green card has not been returned. It was supposedly "in transit" as of April 5, 2020.