**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JOHN P. FONSECA | § | |
| VS. | § | CIVIL ACTION NO. 9:19-CV-180 |
| POLK COUNTY, TEXAS | § | |

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, John P. Fonseca, currently confined in the Polk County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the defendant Polk County, Texas.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting Polk County's Motion to Dismiss (docket entry no. 26).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

So ORDERED and SIGNED, Sep 16, 2020.

_____
Ron Clark
Senior Judge